UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE HUNTSBERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>JULIE ANN SHIELDS, et al.,<br><br>    Defendants. | Case No. 16-cv-01893-DMR<br><br>**ORDER TO SUBMIT COMPLETE IFP APPLICATION**<br><br>Re: Dkt. No. 2 |

Plaintiff Diane Huntsberry filed this action and an application to proceed in forma pauperis ("IFP") on April 11, 2016. [Docket Nos. 1 and 2.] However, Plaintiff's IFP application is incomplete. Plaintiff provides no information on her monthly expenses. Docket No. 2 at 3. For example, Plaintiff lists no expenses for rent, food, utilities, clothing, or charge accounts. If Plaintiff has no expenses for these categories, she shall so state. Further she lists that she has debts to the IRS, but does not include the amount of the debt. *Id.* at 3-4.

Therefore, Plaintiff is hereby ordered to file a completed IFP application or pay the filing fee by no later than April 29, 2016. Failure to comply with this order and submit a completed IFP application by April 29, 2016 may result in denial of the IFP application.

**IT IS SO ORDERED.**

Dated: April 15, 2016

_____
Donna M. Ryu
United States Magistrate Judge